UNITED STATES of America,
Plaintiff–Appellee,

v.

Gonzalo ANAYA–SANTIAGO,
Defendant–Appellant.

No. 11–50236.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 20, 2012.

Bruce R. Castetter, Randy K. Jones, Esquire, Assistant U.S. Attorneys, Office

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

## MEMORANDUM [**]

Gonzalo Anaya–Santiago appeals from the 63–month sentence imposed following his bench-trial conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Anaya–Santiago contends that the district court erred by imposing a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) because his conviction under Indiana Code § 35–42–4–3(b) does not qualify as sexual abuse of a minor under *Estrada–Espinoza v. Mukasey,* 546 F.3d 1147 (9th Cir.2008) (en banc). The district court correctly determined that the Indiana conviction constituted sexual abuse of a minor warranting the 16–level enhancement. *See United States v. Medina–Villa,* 567 F.3d 507, 513–16 (9th Cir. 2009). We reject Anaya–Santiago's argument that *Medina–Villa* is no longer good law.

Anaya–Santiago also contends that he was subject to the 2–year statutory maximum of 8 U.S.C. § 1326(a), rather than the 20–year maximum of section 1326(b)(2), because the Supreme Court implicitly overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), in *Nijhawan v. Holder,* 557 U.S. 29, 129 S.Ct. 2294, 174 L.Ed.2d 22 (2009), and *United States v. O'Brien,* —— U.S. ——, 130 S.Ct. 2169, 176 L.Ed.2d 979 (2010). We have previously considered and rejected this argument. *See United States v. Ruiz–Apolonio,* 657 F.3d 907, 920–21 & n. 11 (9th Cir.2011).

## AFFIRMED.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).